UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| F. JONATHAN ZUSY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:05-cv-1455-DFH-TAB ) |
| INTERNATIONAL MEDICAL GROUP, INC., | ) ) ) |
| Defendant. | ) ) |

FINAL JUDGMENT

The court has issued today its entry granting defendant's motion for summary judgment.  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff F. Jonathan Zusy take nothing by his complaint against defendant International Medical Group, Inc., and that this action is DISMISSED WITH PREJUDICE.

Date:  June 12, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana


Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

-2-

Copies to:

Bruce D. Brattain
BRATTAIN & MINNIX
batmi5@aol.com

David A. Given
BAKER & DANIELS
dagiven@bakerd.com

Christopher C. Murray
BAKER & DANIELS
christopher.murray@bakerd.com